

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00499-CV

**WEEKS MARINE COMPANY, LLC**,
Appellant

v.

David **LANDA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-197
Honorable Jose Luis Garza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's "Order Denying Defendant Weeks Marine Company, LLC's Special Appearance" is REVERSED and judgment RENDERED dismissing David Landa's claims against Weeks Marine Company, LLC.

Costs of this appeal are assessed against David Landa.

SIGNED June 30, 2021.

_____
Lori I. Valenzuela, Justice